FILED IN MY OFFICE
DISTRICT COURT CLERK
10/30/2015 9:14:21 AM
STEPHEN T. PACHECO
Maureen Naranjo

DISTRICT COURT CLE[RK]
10/28/2015 2:22:50 [PM]
STEPHEN T. PACHE[CO]
ANO

| SUMMONS ||
|---|---|
| District Court: FIRST JUDICIAL<br>Rio Arriba County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-117-CV-2015-00361<br><br>Assigned Judge: Jennifer L. Attrep |
| Plaintiff(s):<br>JOHN VIGIL,<br><br>v.<br><br>Defendant(s):<br>CITY OF ESPANOLA and<br>OFFICER GREG ESPARZA, in his<br>official and individual capacities | Defendant<br>Name:       City of Espanola<br>Address:   c/o City Clerk's Office<br>                 405 North Paseo de Onate<br>                 Espanola, N. M. 87532 |

**TO THE ABOVE NAMED DEFENDANT(S):  Take notice that**

1.   A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.   You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

3.   You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.   If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.   You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.   If you need an interpreter, you must ask for one in writing.

7.   You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _____Rio Arriba_____, New Mexico, this 28th day of October 2015.

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT

By: _____
                 Deputy

/s/ Lee R. Hunt
Signature of Attorney for Plaintiff/Pro Se Party
Name:   Lee R. Hunt
Address: 518 Old Santa Fe Trail, #501, Santa Fe, NM 87505
Telephone No.: (505) 954-4868
Fax No.: (505) 819-0022
Email Address: lee@leehuntlaw.com

EXHIBIT B

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO )
                              )ss
COUNTY OF Rio Arriba

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Rio Arriba County on the 29 day of OCT, 2012, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[✓]   to  ANNA SQUIRES   (name of person), City of Espanola City Clerks office Authorized Agent (title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: 124 61

_____
Signature of person making service
Private Process Server
Title (if any)

Subscribed and sworn to before me this 29 day of OCT, 2015

_____
Judge, notary or other officer
authorized to administer oaths
MEC 8/31/2016
Official title

USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

received
10/29/15
4:35
for City Clerk
Anna Squires