FILED IN MY OFFICE
DISTRICT COURT CLERK
1/28/2016 5:15:55 PM
STEPHEN T. PACHECO
Maxine Morales

FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA

CAUSE NO. D-117-CV-2015-00361

JOHN VIGIL

    Plaintiff,

v.

THE CITY OF ESPANOLA, and
OFFICER GREG ESPARZA, in his
Official and individual capacities

    Defendants.

## ENTRY OF APPEARANCE AND ACCEPTANCE OF SERVICE FOR DEFENDANT GREG ESPARZA

COMES NOW Brennan & Sullivan, P.A. (James P. Sullivan and Frank D. Weissbarth) and hereby enters its appearance for Defendants and, further, accepts service of the Complaint in behalf of Defendant Officer Greg Esparza.

    Respectfully submitted,

    BRENNAN & SULLIVAN, P.A.

By:   */s/ James P. Sullivan*
       James P. Sullivan
       Frank D. Weissbarth
       128 East DeVargas
       Santa Fe, New Mexico 87501
       (505) 995-8514
       *Attorneys for Defendants*

EXHIBIT D

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this, 28th day of January, 2016, a true and accurate copy of the foregoing was filed and served through the First Judicial District Court's Odyssey file and serve system to the following:

Lee Hunt, Esq.
518 Old Santa Fe Trail, #501
Santa Fe, NM  87505
lee@leehuntlaw.com
*Attorney for Plaintiff*

                        By:    */s/ James P. Sullivan*
                                 James P. Sullivan