IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL

    Plaintiff,

v.                                      Cause No.: 16-CV-00067 JB/LF

**THE CITY OF ESPANOLA, and
OFFICER GREG ESPARZA, in his
Official and individual capacities**

    **Defendants.**

## AFFIDAVIT OF GREGORY ESPARZA

Gregory Esparza, being first duly sworn upon oath, deposes and says:

1.     My name is Gregory Esparza.

2.     I am a police officer employed by the Espanola Police Department, and I am a Defendant in the above-captioned case.

3.     I was never served with a Complaint or Summons in this case.

4.     I was never told by anyone at the Espanola City Clerk's office that they had received a Complaint and Summons addressed to me in this case or that I had been sued by John Vigil.

5.     I never saw a copy of the Complaint and Summons in this case until I met with my lawyer on January 26, 2016.


EXHIBIT A

6. I have personal knowledge of the above facts, and I am competent to testify to them.

7. Further Affiant sayeth naught.

*[signature]*

Gregory Esparza

STATE OF NEW MEXICO      }
                         } ss.
COUNTY OF SANTA FE       }

SUBSCRIBED AND SWORN to before me this 25th day of February, 2016, by *Gregory Espara*.

*[Notary Seal: OFFICIAL SEAL / KERRIE C. ALLEN / Notary Public / State of New Mexico / My Commission Expires 10-22-18]*

*[signature]* NOTARY PUBLIC

My Commission Expires: 10-22-18.