IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Laura Fashing,**
**United States Magistrate Judge**

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Vigil v. The City of Espanola et al* | **DATE**: | Thursday, July 14, 2016 |
| **CASE No**: | 1:16-cv-00067-JB-LF | **COURTROOM CLERK**: | CCP |
| **PROCEEDINGS COMMENCED**: | 2:30 p.m. | **COURT IN RECESS**: | 2:45 p.m. |

**TYPE OF PROCEEDING**:   *Status Conference*

| **ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**: | **ATTORNEY(S) PRESENT FOR DEFENDANT(S)**: |
|---|---|
| Stephen R. Marshall | Sabrina Rodriguez Salvato |

**The following issues were discussed**:

I.   The Court will set a settlement conference for November 29, 2016 at 9:00 a.m.