IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL,

    Plaintiff,

vs.                                                           No. CIV-16-0067 JB/LF

THE CITY OF ESPANOLA and
OFFICER GREG ESPARZA, in his
official and individual capacities,

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Remand And Memorandum In Support Thereof, filed on February 22, 2016 (Doc. 11)("Motion"). A hearing was held on March 30, 2016. The Court will deny the requests in the Motion.

**IT IS ORDERED** that the requests in the Plaintiff's Motion to Remand filed on February 22, 2016 (Doc. 11), are denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*

Lee R. Hunt
Law Firm of Lee R. Hunt
Santa Fe, New Mexico

    *Plaintiff*

---

[1] This Order disposes of the Plaintiff's Motion to Remand, filed February 22, 2016 (Doc. 11). The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

James P. Sullivan
Frank D. Weissbarth
Brennan & Sullivan, P.A.
Santa Fe, New Mexico

    *Attorneys for the Defendants*