IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOHN VIGIL**

    **Plaintiff,**

v.                                **Cause No.:  16-CV-00067 JB/LF**

**THE CITY OF ESPANOLA, and**
**OFFICER GREG ESPARZA, in his**
**Official and individual capacities**

    **Defendants.**

## STIPULATION OF DISMISSAL

    **COME NOW** the parties, by and through their attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(a)(ii), hereby stipulate that all issues and claims between the parties have been resolved.

    The parties further stipulate that upon full payment of the settlement, the parties will execute all necessary liability releases.  Each party will pay its own attorneys' fees and costs.

    The parties stipulate that this cause is dismissed with prejudice.

                          Respectfully submitted,

By:    */s/ Stephen R. Marshall*
          Lee R. Hunt, Esq.
          Stephen R. Marshall, Esq.
          HUNT & MARSHALL LLC
          518 Old Santa Fe Trail, #501
          Santa Fe, NM  87505
          lee@huntandmarshall.com
          steve@huntandmarshall.com

          *Attorney for Plaintiffs*

BRENNAN & SULLIVAN, P.A.

By: */s/ electronically approved on 11/15/16*
James P. Sullivan
Sabrina Salvato
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514

*Attorneys for Defendants*
*The City of Espanola and Greg Esparza*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James P. Sullivan
Sabrina Salvato
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514

*Attorneys for Defendants*
*The City of Espanola and Greg Esparza*

By: */s/ Stephen R. Marshall*
Stephen R. Marshall