**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOHN VIGIL**

      **Plaintiff,**

**v.**                          **Cause No.:  16-CV-00067 JB/LF**

**THE CITY OF ESPANOLA, and
OFFICER GREG ESPARZA, in his
Official and individual capacities**

      **Defendants.**

## STIPULATION TO DISMISS DEFENDANT GREG ESPARZA

    **COME NOW** the Plaintiffs, and Defendant, by and through their respective counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(2), move this Court for an Order dismissing Defendant Greg Esparza from this cause of action with prejudice.  In support of this Motion, Plaintiff acknowledges that he has agreed to dismiss all claims against Defendant Esparza with prejudice.

    **WHEREFORE,** the Parties respectfully request that the Court dismiss Defendant Greg Esparza with prejudice.

                            Respectfully submitted,

                    By:    */s/ Stephen R. Marshall*
                             Lee R. Hunt, Esq.
                             Stephen R. Marshall, Esq.
                             HUNT & MARSHALL LLC
                             518 Old Santa Fe Trail, #501
                             Santa Fe, NM  87505
                             lee@huntandmarshall.com
                             steve@huntandmarshall.com

                             *Attorney for Plaintiffs*

BRENNAN & SULLIVAN, P.A.

By:      */s/ electronically approved on 11/15/16*_____
         James P. Sullivan
         Sabrina Salvato
         128 East DeVargas
         Santa Fe, New Mexico 87501
         (505) 995-8514

         *Attorneys for Defendants*
         *The City of Espanola and Greg Esparza*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James P. Sullivan
Sabrina Salvato
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514

*Attorneys for Defendants*
*The City of Espanola and Greg Esparza*


By:      */s/ Stephen R. Marshall*_____
         Stephen R. Marshall

2