IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN VIGIL

    Plaintiff,

v.                                                                           No. CIV 16-67 JB/LF

THE CITY OF ESPANOLA, and
OFFICER GREG ESPARZA, in his
Official and individual capacities

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court upon the Stipulation of Dismissal signed by counsel for all parties.  The Court, being fully advised in the premises, approves the Stipulation and finds that this cause should be dismissed with prejudice in accordance with the terms of the Stipulation of Dismissal.

**IT IS THEREFORE ORDERED** that the above-entitled cause is dismissed with prejudice.  The parties shall bear their own court costs and attorneys' fees.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Stephen R. Marshall*
Lee R. Hunt, Esq.
Stephen R. Marshall, Esq.
HUNT & MARSHALL LLC
518 Old Santa Fe Trail, #501
Santa Fe, NM  87505
lee@huntandmarshall.com
steve@huntandmarshall.com

*Attorneys for Plaintiffs*

<u>/s/ electronically approved on 11/15/16</u>
James P. Sullivan
Sabrina Salvato
BRENNAN & SULLIVAN, P.A.
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514

*Attorneys for Defendants*
*The City of Espanola and Greg Esparza*